**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MEHRABAN ORIENTAL RUGS, INC.,**

**Plaintiff,**

**- against -**

**RUG SPECIALIST, LLC, ET AL.,**

**Defendants.**

---

**26-cv-4370 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer the complaint was July 16, 2026. See ECF No. 9. To date, no answers have been filed.

The time for the defendants to answer or respond to the complaint is extended until **July 24, 2026.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

The plaintiff shall serve a copy of this Order on the defendants and file proof of service on the docket by **July 20, 2026.**

**SO ORDERED.**

**Dated:** **New York, New York**
**July 17, 2026**

/s/ John G. Koeltl

**John G. Koeltl**
**United States District Judge**