UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHRABAN ORIENTAL RUGS, INC.,

Plaintiff,

- against -

RUG SPECIALISTS, LLC, ET AL.,

Defendants.

**26-cv-4370 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the original time for the defendants to answer or otherwise respond to the complaint was July 16, 2026. ECF No. 9. On July 17, 2026, the Court extended that time until July 24, 2026. ECF No. 10. To date, the defendants have failed to answer or otherwise respond to the complaint.

The time for the defendants to answer or otherwise respond to the complaint is extended until **August 3, 2026.** If the defendants fail to respond by that date, the plaintiff may move for a default judgment against the defendants, by order to show cause and in accordance with Federal Rule of Civil Procedure 55 and Local Civil Rules 55.1 and 55.2, no later than **August 14, 2026**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

The plaintiff should serve a copy of this Order on the defendants and file proof of service on the docket by **July 29, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**July 27, 2026**

**John G. Koeltl**
**United States District Judge**