UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEHRABAN ORIENTAL RUGS, INC.,

Plaintiff,

- against -

RUG SPECIALIST, LLC, ET AL.,

Defendants.

26-cv-4370 (JGK)

Order

John G. Koeltl, District Judge:

The parties are directed to submit a Rule 26(f) report by **October 3, 2026.**

SO ORDERED.

Dated: New York, New York
September 18, 2026

John G. Koeltl
United States District Judge